**Opinion issued August 29, 2019**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-18-00916-CV

———————————

### IN RE SHAUN F. KOLOGINCZAK, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Shaun F. Kologinczak, filed a petition for writ of mandamus seeking to compel the respondent district judge to vacate the "Order Granting Plaintiff's Motion to Strike the Counteraffidavit of Scott Schoenvogel."[1]  This Court requested

---

[1]  The underlying case is *William Ward v. Shaun F. Kologinczak*, Cause No. 2018-09585, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.

and received a response, Kologinczak filed a reply and a notice of supplemental authority, and the real party in interest responded.

We deny the petition. *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.